United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: November 19, 2015
Docket #: 15-3207cv
Short Title: Ritchie Capital Management, L. v. Coventry First LLC

DC Docket #: 07-cv-3494
DC Court: SDNY (NEW YORK CITY)
DC Judge: Cote
DC Judge: Freeman

## NOTICE OF MOTION PLACED ON THE CALENDAR

The motions to consolidate appeals and for dismissal of appeal filed in the above-referenced case have been added as submitted cases to the substantive motions calendar for Tuesday, December 1, 2015.

Inquiries regarding this case may be directed to 212-857-8595 .